Your name: **Shameim Lowther**
Address: **2004 University Ave #507**
**Berkeley, Ca. 94704**
Phone Number: **510 998 8442**
E-mail Address: **LowtherShameim@gmail.com**

Pro se

RECEIVED
SEP 29 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| **Shameim A. Lowther** ) | Case Number: **3:21-CV-04735-JCS** |
| ) | |
| **Pro Se** ) | **ADMINISTRATIVE MOTION AND** |
| ) | **[PROPOSED] ORDER TO** |
| ) | **RESCHEDULE CASE MANAGEMENT** |
| Plaintiff, ) | **CONFERENCE** |
| ) | |
| vs. ) | |
| **Tesla Inc.** ) | |
| ) | |
| ) | Judge: Hon. **Joseph C. Spero** |
| ) | |
| ) | |
| ) | |
| Defendant. | |

1.

The Case Management Conference is currently scheduled for *[date]*
___10-01-2021 @ 2:00pm    video conference same day @ 12:00pm___

2. I respectfully request that the Court move the Case Management Conference to the following date, or another at the Court's convenience *[date, same day of the week as the currently scheduled conference]* ___I am open to any day available once served.___

3. This change is necessary because *[check box for reason that applies]*:

☑ Defendant has not yet responded to the Complaint. *[Explain when Defendant was or will be served with the Complaint. If Defendant was not served within 60 days of the Complaint being filed, explain why.]* ___The defendant has not yet been served. The US Marshall's were ordered to serve on 6/28 and the Marshall's havent yet submitted a proof of service to the defendant.___

☐ Other *[explain; inconvenience or a mere scheduling conflict is not a valid reason to request a change]* ___In August I submitted my case management in person consenting on line 14 of the case management choosing Judge Joseph Spero to preside over my case. After speaking w/ fedpro it appears that it wasnt received. Although I submitted it in the Clerks mailbox after hours. I also filed a motion to change my address. I havent received anything from the courts in the U.S. mail.___ → I am also unable to access ECF. I used help desk. So Im not receiving anything at all.

4. The opposing side *[check box that applies and explain]*:

☐ has agreed to this change.

☒ has not agreed for the following reason:

☐ The opposing side has not yet responded to the Complaint.

☐ I tried to obtain the opposing party's agreement to this change, but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

___Waiting for U.S. Marshall to serve defendant.___
I contacted phone, person, and email. Alena Koich @ 415 522 3619 Reckley, Francesca, and Lopez, Nicole @ The U.S. Marshals. back in July, and again in August. No follow or response.

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. ___3:21-cv-04735-JCS___ ; PAGE ___ OF 3 *[JDC TEMPLATE Rev.2017]*

5.

6. I have *[check box that applies and explain]*:

☑ not already asked the Court to change the date of the Case Management Conference.

☐ already asked the Court to change the date of the Case Management Conference.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: __9/29/2021__    Signature: _Sham Yu_

Printed name: __Shameum Asya Lowther__

Pro Se

[*Do not write below this line*]

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Date: _____    *[For Judge]* _____

*[Judge's name]* _____

United States District/Magistrate Judge

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. __3:21-CV-04735-SCS__ ; PAGE ___ OF 3 [*JDC TEMPLATE Rev.2017*]

MOTION TO RESCHEDULE _____
CASE NO. _____; PAGE ___ OF 3 [*JDC TEMPLATE Rev.2017*]