United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIM ASIYA LOWTHER,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA INC.,<br><br>    Defendant. | Case No. 21-cv-04735-JCS<br><br>**ORDER GRANTING MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 13 |

IT IS HEREBY ORDERED that the Motion to Reschedule Case Management Conference is GRANTED. The Initial Case Management Conference is continued to **December 3, 2021 at 2:00 PM by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855.** Case Management Statement (joint or individual) shall be due by **November 26, 2021.**

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge