KIRAN S. LOPEZ (SBN 252467)
TESLA, INC.
901 Page Avenue
Fremont, California 94538
Telephone: 510-239-1413
kirlopez@tesla.com

Attorney for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIM LOWTHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-04735-EMC<br>*(Assigned for All Purposes to the Hon. Edward M. Chen)*<br><br>**STIPULATION TO:**<br><br>**(1) CONTINUE APRIL 7, 2022 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; AND**<br><br>**(2) CONTINUE APRIL 7, 2022 HEARING ON DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**[Filed concurrently with (Proposed) Order]**<br><br>*Complaint Filed: June 21, 2021*<br>*Trial Date: None.* |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Shameim Lowther ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through Plaintiff, proceeding *pro se*, and Defendant's counsel of record, as follows (the "Stipulation"):

　　　　WHEREAS, on March 9, 2022 the Court continued the previously set Case Management Conference and hearing on Tesla's pending Motion to Compel Arbitration to

**STIPULATION TO CONTINUE APRIL 7, 2022 CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

April 7, 2022, and ordered Plaintiff and Tesla to file a Joint Case Management Statement on or before March 31, 2022 (D.E. 35);

WHEREAS, on March 25, 2022, Plaintiff filed an Administrative Motion and [Proposed] Order to Change Deadline for Filing Case Management Statement Due 3-31-2022, requesting that the deadline to submit Case Management Statements be continued to April 28, 2022 (D.E. 36);

WHEREAS, on March 29, 2022, Plaintiff requested that Tesla file a stipulation as soon as possible to continue the April 7, 2022 Case Management Conference and Hearing on Tesla's Motion to Compel Arbitration;

WHEREAS, Tesla is amenable to continuing (1) the deadline to submit a Joint Case Management Statement to April 28, 2022; and (2) the Case Management Conference and Hearing on Tesla's Motion to Compel Arbitration to May 5, 2022, as requested by Plaintiff;

THEREFORE, the Parties hereby stipulate and request that the Court continue the Case Management Conference and Hearing on Tesla's Motion to Compel Arbitration to May 5, 2022, with Case Management Statements due on or before April, 28, 2022

DATED: March 31, 2022            Respectfully submitted,

                                 SHAMEIM LOWTHER

                                 By: */s/ Shameim Lowther*
                                 Shameim Lowther, Pro Se

DATED: March 31, 2022            Respectfully submitted,

                                 TESLA, INC.

                                 By: */s/ Kiran S. Lopez*
                                 Kiran S. Lopez
                                 Attorney for Defendant Tesla, Inc.

## ATTESTATION

I attest that all other signatories lists, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 31, 2022                    */s/ Kiran S. Lopez*
                                          Kiran S. Lopez

**STIPULATION TO CONTINUE APRIL 7, 2022 CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

# PROOF OF SERVICE

I, William Nervis, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 901 Page Ave., Fremont, CA 94538. On March 31, 2022, I filed a copy of the within document(s):

**STIPULATION TO:**

**(1) CONTINUE APRIL 7, 2022 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; AND**
**(2) CONTINUE APRIL 7, 2022 HEARING ON DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by filing the document(s) listed above for electronic filing via ECF/PACER from San Francisco, California.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via my electronic service address (wnervis@tesla.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 31, 2022, at San Francisco, California.

William Nervis

- 1 -

PROOF OF SERVICE