UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIM ASIYA LOWTHER,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No. 21-cv-04735-EMC<br><br>**ORDER DISMISSING CASE**<br><br>Docket No. 43 |

The parties have submitted a joint status report in which they note that, after the Court granted Defendant's motion to compel arbitration, Plaintiff never submitted an arbitration demand. The joint status report also states that "Plaintiff agrees to dismiss the Complaint without prejudice." Jt. Status Rpt. at 2. In light of this statement, the Court construes the joint status report as a stipulation of dismissal under Rule 41(a)(1)(A).

The Clerk of the Court is directed to close the file in this case in accordance with the above.

**IT IS SO ORDERED**.

Dated: September 12, 2023

_____
EDWARD M. CHEN
United States District Judge